# EXHIBIT 3



© 2015 David Oppenheimer