# EXHIBIT 4







← Search    Find an Agent    Homes.com By Ten-X    Register / Sign In

**$282,500**  SOLD FEB 28 2023

3720 N Lake Shore Dr Unit 1D
Chicago, IL 60613 | Lake View East

| 2 Beds | 1 Bath | 1,150 Sq Ft | $238/mo HOA Fee |
| --- | --- | --- | --- |

**$282,500**

2 Beds • 1 Bath • 1,150 Sq Ft

3720 N Lake Shore Dr

Chicago, IL 60613

**Find a Specialist**

### About This Home

Live the good life on Lake Shore Drive in a classic vintage building oozing with style and charm. Investor friendly building! Spacious living room with hardwood floors and high ceilings. Chef's Kitchen, classic 42" cabinets, stylish countertops plus island and stainless appliances. 2022 gorgeous renovation of bathroom with subway tile. 2nd bedroom features French doors. Outdoor enthusiast's dream! Walk, run or bike along the lakefront path, playground, tennis courts, Sidney Marovitz Golf Course, Montrose Beach and





This home sold a month ago.



Captured at: 04/18/2023, 12:08 PM

URL: https://images-prd.bexrealty.com/Illinois/Chicago/3720-N-Lake-Shore-Dr-1d/11705109-173-home-15.sm.jpg

**Captured at: 04/18/2023, 12:19 PM**
**URL: https://www.unrealestate.com/il/cook/chicago/3720-n-lake-shore-drive-unit-1d/mred-6a4f9717-1940-4177-a84c-4d2766ffa554**

‹ Back                                                                 ↗ Share    ♡ Save





















