**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| David Gordon Oppenheimer, Plaintiff, | ) | Case No. 1:26-cv-07539 |
| v. | ) | Dist. Judge John F. Kness |
| McEwen Marketing, Inc. and Stephen J. McEwen, Defendants. | ) | Mag. Judge Daniel P. McLaughlin |

## RULE 4 WAIVER OF THE SERVICE OF SUMMONS

To: Ilya G. Zlatkin, Attorney for Plaintiff David Gordon Oppenheimer, Zlatkin Cann Entertainment, 4245 N. Knox Ave., Chicago, Illinois 60641, via First Class Mail.

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from July 31, 2026, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date 9/17/26

GS Bellas
(Signature of the attorney or unrepresented party)

George S Bells
(Printed name of Signatory)

McEwen Marketing Inc.
(Party Name, if Different from Signatory)

15 N. Northwest Hwy
(Address) Park Ridge 60068

george@bellas-wachowski.com
(E-mail address)

847-823-9032
(Telephone number)