**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| David Gordon Oppenheimer,<br><br>Plaintiff,<br><br>v.<br><br>McEwen Marketing, Inc. and Stephen J. McEwen,<br><br>Defendants. | ) | Case No. 1:26-cv-07539<br><br>Dist. Judge John F. Kness<br><br>Mag. Judge Daniel P. McLaughlin |

**RULE 4 WAIVER OF THE SERVICE OF SUMMONS**

To: Ilya G. Zlatkin, Attorney for Plaintiff David Gordon Oppenheimer, Zlatkin Cann Entertainment, 4245 N. Knox Ave., Chicago, Illinois 60641, via First Class Mail.

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from July 31, 2026, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date 9/17/26

[signature]

(Signature of the attorney or unrepresented party)

George S. Bellas

(Printed name of Signatory)

Stephen J. McEwen

(Party Name, if Different from Signatory)

15 N. Northwest Hwy Park Ridge 60068

(Address)

george@bellas-wachowski.com

(E-mail address)

847 823-9032

(Telephone number)